UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MAREE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:21-cv-0757-JAM-CKD PS<br><br>ORDER<br><br>(ECF Nos. 12, 18, 21, 29) |

On October 14, 2021, the magistrate judge filed findings and recommendations (ECF No. 29), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////
////
////
////

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 29) are ADOPTED IN FULL;
2. Defendants' motions to dismiss for failure to state a claim (ECF Nos. 12, 18, 21) are GRANTED;
3. All claims against defendant Hernandez are dismissed without leave to amend, and defendant Hernandez is dismissed from the action;
4. All claims against defendant Sacramento City Teachers Association (SCTA) are dismissed without leave to amend, and the SCTA is dismissed from the action;
5. All claims against defendant Sacramento City Unified School District (SCUSD) are dismissed, with leave to amend to state any timely claims plaintiff may have against SCUSD, addressing the deficiencies identified in the magistrate judge's findings and recommendations; and
6. The case is referred again to the magistrate judge for further proceedings.

Dated: November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE