UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MAREE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:21-cv-0757-JAM-CKD PS<br><br>ORDER<br><br>(ECF No. 34) |

On January 4, 2022, the magistrate judge filed findings and recommendations (ECF No. 34), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////

////

////

////

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 34) are ADOPTED IN FULL;
2. All claims against the only remaining defendant, Sacramento City Unified School District, are DISMISSED with prejudice both under Fed. R. Civ. P. 41(b) and for failure to state a claim, for the reasons set forth in the magistrate judge's October 14, 2021 Findings and Recommendations (ECF No. 29); and
3. The Clerk of Court is directed to close this case.

Dated:  February 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE